123 A.3d 774

Michael DRAWBAUGH, Petitioner

v.

COMMONWEALTH of Pennsylvania, Court of York County, the Honorable Michael E. Bortner, Respondents.

No. 116 MM 2015.

Supreme Court of Pennsylvania.

Oct. 5, 2015.

## ORDER

PER CURIAM

AND NOW, this 5th day of October, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED**. The court of common pleas is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.